# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                                      **Crim. No. 4:11-CR-15-1D**

**OMAR FOGG**

On April 4, 2018, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: May 13, 2022

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___16___ day of ___May___, 2022.

James C. Dever III
U.S. District Judge